NO. 12-08-00400-CV



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




L.C. WEBSTER, INDIVIDUALLY AND

AS REPRESENTATIVE OF THE ESTATE

OF EXIE L. WEBSTER,
§
 APPEAL FROM THE 7TH

APPELLANT


V.
§
 JUDICIAL DISTRICT COURT OF


BOBBIE WARD 

AUDREY PIERCE, AND,
§
 SMITH COUNTY, TEXAS

DAVITA, INC.,

APPELLEES





MEMORANDUM OPINION


PER CURIAM


 Appellant, L.C. Webster, individually and as representative of the estate of Exie Webster,
has filed a motion to dismiss this appeal. In his motion, Webster states that he no longer wishes to
pursue the appeal. Because Webster has met the requirements of Texas Rule of Appellate Procedure
42.1(a)(1), the motion is granted, and the appeal is dismissed. 

Opinion delivered May 13, 2009.

Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.












(PUBLISH)